IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA, et al.,   :
                                    :
              Plaintiffs,           :
                                    :
       v.                           :   Civil No. 3:09-cv-1515 (SRU)
                                    :
TOWN OF SOUTHINGTON, et al.,        :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## CONSENT MOTION TO ENTER CONSENT DECREES

The plaintiff, the United States of America, hereby moves this Court to approve, sign and enter as final judgments two related Consent Decrees which were lodged with this Court on October 6, 2009.

The two proposed Consent Decrees resolve the United States' and the State of Connecticut's ("State's") claims against the 91 defendants in this matter for recovery of cleanup costs regarding the Old Southington Landfill Superfund Site in Southington, Connecticut ("Site").

The Town of Southington operated a landfill at the Site from 1920 until 1967. As a result of the landfill's operations, the soils and groundwater at the Site became contaminated with hazardous substances. The United States, the State and various private parties have conducted cleanups at the Site, and have incurred costs as a result. The U.S. Environmental Protection Agency ("EPA") issued a "Record of Decision" selecting the remedy for the Site in 2006. The remedy includes implementation of institutional controls, groundwater monitoring and installation of building ventilation systems.

The contamination at the Site also has caused injury to on-site and nearby natural

resources that are under the trusteeship of the U.S. Department of the Interior ("DOI") and the State.

The first Consent Decree, referred to as the Remedial Design/Remedial Action ("RD/RA") Consent Decree, provides for five settling defendants to perform the remedy for the Site, and to make payments to EPA for past and future response costs and to DOI and the State for natural resource damages.  The second Consent Decree, referred to as the *De Minimis* Consent Decree, requires each of the other 86 settling defendants to pay a sum of money that is related to each of their alleged liability regarding the Site.  Their payments will be deposited into a trust account which will be used to help fund the cleanup of the Site.

Pursuant to 28 C.F.R. § 50.7, notice of the Consent Decrees was published in the Federal Register on October 16, 2009, 74 Fed. Reg. 53,297-98.  The comment period has ended and the United States has received no comments regarding the two Consent Decrees.

The two Consent Decrees are fair, reasonable, consistent with the statutory scheme of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended, 42 U.S.C. § 9601, *et seq*., and in the public interest.  Accordingly, the United States respectfully requests that this Court approve the Consent Decrees and enter them as final judgments.

The State has authorized the undersigned to state that it joins in this motion.  All of the defendants consent to this motion and to the entry of the Consent Decrees.

Execution copies of the Consent Decrees were attached to the Notice of Lodging which was filed with the Court on October 6, 2009.

A memorandum in support of this motion is not necessary.

Respectfully submitted,

ELLEN MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice


11/20/09                           /s/ Mark Gallagher
Dated                              MARK A. GALLAGHER
                                   Environmental Enforcement Section
                                   Environment and Natural Resources Division
                                   U.S. Department of Justice
                                   P.O. Box 7611
                                   Washington, DC  20044-7611
                                   email: mark.gallagher1@usdoj.gov
                                   tel: 202-514-5405
                                   fax: 202-616-2427

                                   NORA R. DANNAHEY
                                   Acting United States Attorney
                                   District of Connecticut

                                   JOHN B. HUGHES
                                   Civil Chief
                                   United States Attorney's Office
                                   District of Connecticut
                                   Connecticut Financial Center
                                   157 Church Street
                                   New Haven, CT 06510
                                   tel: 203-821-3802

OF COUNSEL:

MICHELLE LAUTERBACK
Senior Enforcement Counsel
U.S. Environmental Protection Agency, Region I
One Congress Street, Suite 1100
Boston, MA 02114-2023